# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EDWARD A GODOY

| IN RE: | |
|---|---|
| PEREZ MARCO, JONATAN | CASE NO.: 15-09806-EAG<br>JUDGE: **EDWARD A GODOY** |
| DEBTOR(S) | (CHAPTER 7) |

### TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on January 20, 2016. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

**Claims docket necessary at this time.** Yes ____ No ✓. **Track No.** _11_
**Exemptions as claimed in Schedule C allowed.** Yes ✓ No ____
**Creditor(s) Present** Yes ✓ No ____.

_Mildred Miranda - UST_
_Julio Guzman - UST_

**Attorney's Information**
Present with Debtor(s) was
____ Attorney of Record
____ Other: _____
____ Pro-Se - See Certificate

**Debtor to amend within ____ days the following:**
____ A, ____ B, ____ C, ____ D, ____ E, ____ I & J, ____ Other _____
____ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

**Debtor to turn over to Trustee within ____ days:**
____ Documents on Real Property     ____ Documents on Vehicle
(Appraisal, Title Search, Mortgage Balance)
_Pending disposition of UST Motion on Presumption of Abuse._

**Trustee further requests that:**
____ Case be closed as no-asset as of the date of §341(a) meeting.     ____ Upon receipt of documents.
✓ Case be held open for potential asset recovery.
____ Case be **RESET** the §341(a) Meeting
   ____ On the ____ day of _____, 200__, at _____.
   ____ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
      ____ Debtor(s) failed to appear.
      ____ Attorney for Debtor(s) failed to appear.
      ____ Further testimony or material is needed.

____ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):
____ Failure to provide complete: ____ Schedules, ____ Statement of Affairs, ____ Mailing Lists,
____ Description of estate assets.
____ Failure of _____ Debtor(s) _____ Counsel to appear at:
   _____ initial _____ subsequent creditor meetings.

Dated: January 20, 2016

_____
WIGBERTO LUGO-MENDER, Trustee